IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRIDEN MULTICOMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EARTHLINK, INC.,<br><br>Defendant. | Civil Action No. 12-1470 (GMS) |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties, through their attorneys of record, that this action is dismissed without prejudice, with all attorneys' fees, costs of court and expenses relating to this action to be borne by the party incurring same.

Dated: June 10, 2013                                                        Respectfully submitted,

*/s/ Matthew C. Gaudet*                                           */s/ Stamatios Stamoulis*
Matthew C. Gaudet                                                  Stamatios Stamoulis #4606
(admitted *pro hac vice*)                                         Stamoulis & Weinblatt LLC
Duane Morris LLP                                                    Two Fox Point Centre
1075 Peachtree Street NE                                       6 Denny Road, Suite 307
Suite 2000                                                                   Wilmington, DE 19809
Atlanta, GA 30309                                                    Telephone: (302) 999-1540
Telephone: 404-253-6902                                        stamoulis@swdelaw.com
Fax: 404-393-1908
mcgaudet@duanemorris.com                               **Attorneys for Plaintiff,**
                                                                                    **Brandywine Communications Technologies,**
**Attorneys for Defendants,**                                  **LLC**
**CenturyTel Broadband Services, LLC and**
**Qwest Corporation**